UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIS BOYD ANNIS,<br><br>    Plaintiff<br><br>v.<br><br>PROSECUTORS OF DOUGLAS COUNTY, et al.,<br><br>    Defendants | Case No.: 3:22-cv-00016-MMD-CSD<br><br>**Report & Recommendation of<br>United States Magistrate Judge** |

    This Report and Recommendation is made to the Honorable Miranda M. Du, Chief United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

    Plaintiff's filings indicate that he is an inmate within the Douglas County Jail. He filed a civil rights complaint pursuant to 42 U.S.C. § 1983. He also filed an application to proceed *in forma pauperis* (IFP), but he did not utilize the court's IFP application form *for an inmate*. Nor did he provide the required financial certificate. *See* 28 U.S.C. § 1915(a)(2), § 1915(b)(1), (2).

    On January 26, 2022, the court issued an order directing the Clerk to send Plaintiff a copy of the instructions and application to proceed IFP for an inmate, and gave Plaintiff 30 days to either file his completed IFP application for an inmate, along with the required financial certificate, or pay the $402 filing fee. The court cautioned Plaintiff that a failure to do so would result in a recommendation for dismissal of this action without prejudice. (ECF No. 4.)

    To date, Plaintiff has not filed the IFP application for an inmate and required financial certificate. Nor has he paid the $402 filing fee. Therefore, this action should be dismissed without prejudice.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**, and administratively closing this case.

Plaintiff should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: March 1, 2022

_____
Craig S. Denney
United States Magistrate Judge